**2007–0794.   Sargent v. Moore.**
In Habeas Corpus. On petition for writ of habeas corpus of Dillon E. Sargent. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2007–0537.   State ex rel. Shanks v. Columbus Dept. of Pub. Safety, Division of Fire.**
In Mandamus. On motion to dismiss. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within ten days of the filing of evidence; respondent shall file its brief within 20 days after the filing of relator's brief; and relator may file a reply brief within seven days after the filing of respondent's brief.

**2007–0637.   State v. Mutter.**
Montgomery App. No. 21374, 2007-Ohio-1052. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–2187, *Hyle v. Porter*, Hamilton App. No. C–050768, 2006-Ohio-5454; cause consolidated with 2007–0639, *State v. Mutter*, Montgomery App. No. 21374, 2007-Ohio-1052; and briefing schedule stayed.

**2007–0656.   State v. Veney.**
Franklin App. No. 06AP–523, 2007-Ohio-1295. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed March 22, 2007:

"Whether a trial court must strictly comply with the requirement in Crim.R. 11(C) that it inform the defendant that by entering a plea, the defendant waives the right to have the state prove guilt beyond a reasonable doubt."

The conflict cases are *State v. Scott* (1996), 113 Ohio App.3d 401, *State v. Cogar* (Oct. 20, 1993), Summit App. No. CA–16234, and *State v. Shinkle* (Aug. 18, 1998), Scioto App. No. 98CA2560.

Sua sponte, cause consolidated with 2007–0657, *State v. Veney*, Franklin App. No. 06AP–523, 2007-Ohio-1295.

**2007–0666.   State v. Gabriel.**
Montgomery App. No. 21343, 2007-Ohio-794. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.

**2007–0771.   State v. Farley.**
Coshocton App. No. 07–CA–1. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2007–0780.   State v. Howard.**
Belmont App. No. 06 BE 1, 2007-Ohio-1237. On motion for immediate stay of court of appeals' judgment. Motion denied.

MOYER, C.J., LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–0793.   State v. Johnson.**
Lorain App. No. 07CA009097. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and CUPP, JJ., dissent.

**2007–0806.   State v. Hubbard.**
Stark App. No. 2006CA00204, 2007-Ohio-489. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LANZINGER, JJ., dissent.